HALLWOOD CASH REGISTER CO. v. NATIONAL CASH REGISTER CO. (Circuit Court of Appeals, Sixth Circuit. March 6, 1903.) No. 1,192. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Edward Rector, for appellee. Dismissed.

---

HUMBIRD et al. v. AVERY et al. (Circuit Court of Appeals, Eighth Circuit. June 3, 1903.) No. 1,673. Appeal from the Circuit Court of the United States for the District of Minnesota. C. W. Bunn, H. Oldenburg, William W. Billson, Chester A. Congdon, D. A. Dickinson, and James B. Kerr, for appellants. L. C. Harris, H. H. Hoyt, M. H. Stanford, and Benton Hanchett, for appellees. Stricken from the docket, the cause having been removed to the Supreme Court by writ of certiorari from that court.

---

KAPLAN v. McCORMICK HARVESTING MACH. CO. (Circuit Court of Appeals, Eighth Circuit. December 18, 1902.) No. 1,778. In Error to the Circuit Court of the United States for the District of Minnesota. A. C. Paul, for plaintiff in error. Robert H. Parkinson, for defendant in error. Dismissed, with costs, for want of prosecution.

---

MUNDAY v. JOHNSON et al. (Circuit Court of Appeals, Eighth Circuit. March 4, 1903.) No. 1,845. In Error to the Circuit Court of the United States for the District of Colorado. T. M. Patterson, E. F. Richardson, and H. N. Hawkins, for plaintiff in error. Chas. J. Hughes. Jr.. for defendants in error. Reversed, with costs, and remanded, with directions for further proceedings, etc., pursuant to stipulation of the parties.

---

NEW COLUMBUS WATCH CO. et al. v. NATIONAL CASH REGISTER CO. (Circuit Court of Appeals, Sixth Circuit. March 6, 1903.) No. 1,191. Appeal from the Circuit Court of the United States for the Southern District of Ohio. Edward Rector, for appellee. Dismissed.

---

NICHOLS v. GLASIER. (Circuit Court of Appeals, Eighth Circuit. May 6, 1903.) No. 1,818. In Error to the Circuit Court of the United States for the Western District of Missouri. R. P. & C. B. Williams, for plaintiff in error. Gardiner Lathrop and Tom H. Reynolds, for defendant in error. Dismissed, with costs, pursuant to rule 23 (90 Fed. clxiii, 31 C. C. A. clxiii), on motion of defendant in error. See 112 Fed. 877.

---

PITTSBURGH PLATE GLASS CO. v. MEDLEY. (Circuit Court of Appeals, Eighth Circuit. December 9, 1902.) No. 1,700. In Error to the Circuit Court of the United States for the Eastern District of Missouri. James L. Blair and Robert A. Holland, Jr., for plaintiff in error. Sam Byrns and E. J. Bean, for defendant in error. Writ of error dismissed, with costs, pursuant to the stipulation of the parties.